**Order entered September 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00201-CV

### RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants

### V.

### DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP, Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-00390-B**

## ORDER

On August 20, 2019 we rejected the reporter's record because it was not correctly formatted. Although we directed court reporter Robin N. Washington to file a corrected record within three days, Ms. Washington has failed to do so. Accordingly, we **ORDER** Ms. Washington to file the corrected reporter's record no later than September 16, 2019. Because the reporter's record was first due March 15, 2019, we caution Ms. Washington that extension requests will not be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE